VIRGINIA:

BEFORE THE VIRGINIA STATE BAR DISCIPLINARY BOARD

IN THE MATTER OF
JASON ALEXANDER ATKINS            VSB DOCKET NO. 24-000-132285

### CONSENT ORDER OF IMPAIRMENT SUSPENSION

WHEREAS the Virginia State Bar, by the undersigned Assistant Bar Counsel, requests entry of an order suspending the license to practice law in the Commonwealth of Virginia of Jason Alexander Atkins, on the basis that Mr. Atkins has an Impairment as that term is defined in Part Six, Section IV, Paragraph 13 of the Rules of the Supreme Court of Virginia; and

WHEREAS Jason Alexander Atkins acknowledges and represents that he is suffering from an Impairment as that term is defined in Part Six, Section IV, Paragraph 13 of the Rules of the Supreme Court of Virginia; and

WHEREAS Jason Alexander Atkins and Charles R. Samuels, guardian *ad litem* for Mr. Atkins, consent to the entry of an order suspending Mr. Atkin's license to practice law in the Commonwealth of Virginia on the basis that Mr. Atkins has an Impairment as that term is defined in Part Six, Section IV, Paragraph 13 of the Rules of the Supreme Court of Virginia; and

WHEREAS the Virginia State Bar Disciplinary Board hereby finds that Jason Alexander Atkins suffers from an Impairment as that term is defined in Part Six, Section IV, Paragraph 13 of the Rules of the Supreme Court of Virginia and that the underlying condition materially impairs Mr. Atkin's fitness to practice law.

Based on the forgoing and the consent of Jason Alexander Atkins; Charles R. Samuels, guardian *ad litem* for Mr. Atkins; and the Virginia State Bar, and it otherwise appearing proper to do so, it is hereby ORDERED, pursuant to Part Six, Section IV, Paragraph 13-23 of the Rules of

the Supreme Court of Virginia, that Mr. Atkin's license to practice law in the Commonwealth of Virginia shall be and hereby is SUSPENDED indefinitely upon entry of this Order due to Impairment and shall remain suspended until it is established that he no longer suffers from an Impairment.

It is further ORDERED that Jason Alexander Atkins shall give notice, by certified mail, of the suspension of his license to practice law in the Commonwealth of Virginia to all clients for whom he is currently handling matters and to all opposing attorneys and presiding judges in pending litigation, and shall make appropriate arrangements for the disposition of any matters presently in his care in conformity with the wishes of his clients, pursuant to the requirements of Part Six, Section IV, Paragraph 13-29 of the Rules of the Supreme Court of Virginia.

It is further ORDERED that the Clerk of the Disciplinary System shall send a certified copy of this Order by certified mail to Jason Alexander Atkins, Respondent, at Jones, Blechman, Woltz & Kelly P.C., 701 Town Center Dr, Ste 800, Newport News, Virginia 23606, Respondent's last address of record with the Virginia State Bar, and at 201 Selden Rd., Newport News, VA 23606, an alternate address of record with the Virginia State Bar; to Charles R. Samuels, guardian *ad litem* for Mr. Atkins, at 4908 Monument Avenue, Suite 100, Richmond, Virginia 23230; and shall deliver a copy to Seth T. Shelley, Assistant Bar Counsel, 1111 East Main Street, Suite 700, Richmond, Virginia 23219.

ENTERED THIS 27th DAY OF SEPTEMBER 2024

VIRGINIA STATE BAR DISCIPLINARY BOARD

By _____

2

WE ASK FOR THIS:

*Jason Atkins*
Jason Atkins (Sep 26, 2024 20:26 EDT)

Jason Alexander Atkins, Esq.

_____
Charles R. Samuels, Guardian *ad Litem* for Mr. Atkins

_____
Seth T. Shelley, Assistant Bar Counsel